THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIDNEY CHURGIN, Appellant.

(Submitted March 6, 1933; decided April 11, 1933.)

*Robert Diamond, Edward M. Bratter* and *Noah L. Braunstein* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

· Judgment reversed and information dismissed on the ground that the evidence does not warrant the conviction of the defendant of the crime charged. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, HUBBS and CROUCH, JJ.; O'BRIEN, J., dissents and votes to affirm.